Kevin Hughey, SBN 197323
Kathleen Gallagher, SBN 249062
Lauren Jones, SBN 293002
HUGHEY MOENIG, LLP
520 9th Street, Suite 102
Sacramento, California 95814
Telephone: 916.596.0003
Facsimile: 916.596.0003
E-Mail:  khughey@hugheymoenig.com
         kgallagher@hugheymoenig.com
         ljones@hugheymoenig.com

Attorneys for Plaintiff
American Furniture Warehouse Corporation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN FURNITURE WAREHOUSE CORPORATION, dba AMERICAN FURNITURE GALLERIES,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FURNITURE, DUNG-THI LE, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02927-MCE-KJN<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL OF THE ACTION** |

The parties herein have submitted a signed Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii) (Docket No. 20) agreeing that the matter is dismissed against Defendants AMERICAN FURNITURE and DUNG-THI LE without prejudice.

Given that stipulation, and good cause appearing, the request for voluntary dismissal is GRANTED under F.R.C.P. 41(a)(1)(A)(ii) and this action is DISMISSED, without prejudice. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated:  April 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT